IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **K.M., a minor child,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv320-T |
| | ) | (WO) |
| **ALABAMA DEPARTMENT OF** | ) | |
| **YOUTH SERVICES, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | | |
| **C.B., a minor,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv321-T |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **YOUTH SERVICES, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | | |
| **T.A.B., a minor,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv322-T |
| | ) | |
| **ALABAMA DEPARTMENT OF** | ) | |
| **YOUTH SERVICES, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

```
K.T., a minor,                  )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:02cv323-T
                                )
ALABAMA DEPARTMENT OF           )
YOUTH SERVICES, et al.,         )
                                )
    Defendants.                 )
```

                              ORDER

Pursuant to defendant Alabama Department of Youth Services's certification of compliance (doc. no. 342), it is ORDERED that, if plaintiffs "have any objection to the documents ... which are not being produced," plaintiffs must file the objection by April 25, 2005.

Any such objection is referred to United States Magistrate Judge Vanzetta Penn McPherson for resolution.

Done, this the 21st day of April, 2005.


                              /s/ Myron H. Thompson
                              _____
                              UNITED STATES DISTRICT JUDGE