IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| K.M., a minor child, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv320-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | | |
| C.B., a minor, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv321-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | | |
| T.A.B., a minor, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:02cv322-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| YOUTH SERVICES, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

```
K.T., a minor,                  )
                                )
     Plaintiff,                 )
                                )    CIVIL ACTION NO.
     v.                         )    2:02cv323-MHT
                                )         (WO)
ALABAMA DEPARTMENT OF           )
YOUTH SERVICES, et al.,         )
                                )
     Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion for dismissal (Doc. No. 409) is granted.

(2) These cases are dismissed in their entirety with prejudice, with the parties to bears their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of April, 2007.

                          /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE